UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches; Christopher Mornan; Vampire Nation,
Plaintiffs

V.                                                              6:08-687-MBS-WMC

Anne M. Pavilonis; Chester Rudnicki,
Defendants

Class Action Suit / TRO Temporary Restraining Order

Plaintiffs bring this class Action Suit. Starting in May 2007 through Jan 2008, Defendants stole plaintiffs Identity. Defendants are getting credit reports through FreeCreditReports.com with Plaintiffs names. Plaintiffs lives are in danger, Plaintiffs seek a restraining order

Respectfully [signature]