Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
District of South Carolina
Clerk of Court
Russell Federal Bldg.
201 Magnolia St.
Spartanburg, South Carolina 29306

FLORENCE SC 295
15 JAN 2008 PM 1 L

RECEIVED
USDC CLERK, GREENVILLE, SC
2008 JAN 23 A 10:39

2 mailed 1/23/08

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS/SC 29590

Date: 1/15/08

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

Mail Room Officer